UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAN 04 2021

CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

v.

Peter James Douglas),

    Defendant.

Criminal No. Case # 22-30003

Originating No. 21-00139-002

---

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Peter James Douglas) to answer to charges pending in another federal district, and states:

1. On January 4, 2022, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrants issued in the Middle District of Pennsylvania. Defendant is charged in that district with a violation of his conditions of release.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                Dawn Ison
                United States Attorney

                Eric M. Straus
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI  48226
                Eric.straus@usdoj.gov
                (313) 226-9648
                Bar#

Dated:  January 4, 2022